THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,  :
: Criminal No. 3:18-CR-18
v.  :
: (JUDGE MARIANI)
JOHAN M. LARA-MEJIA and  :
JOEL MEJIA-BISONO,  :
:
Defendants  :
:

## ORDER

AND NOW, THIS 28th DAY OF AUGUST 2020, upon consideration of the four motions pending before the Court in the above-captioned matter and all relevant documents, for the reasons set forth in the simultaneously filed Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. Defendant Johan Lara-Mejia's Motion to Dismiss Count 5 – 18 U.S.C. § 924(c) (Doc. 69) is **DEEMED WITHDRAWN**;

2. Defendant Joel Mejia-Bisono's Motion to Supplement Motion to Suppress Evidence Obtained in Violation of the United States Constitution (Doc. 59) is **GRANTED**;

3. Defendant Joel Mejia-Bisono's Motion to Suppress Evidence Obtained in Violation of the United States Constitution (Doc. 56) is **DENIED**;

4. Defendant Johan Lara-Mejia's Motion to Suppress Evidence (Doc. 70) is **DENIED**.

_____
Robert D. Mariani
United States District Judge